IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY,<br><br>    Defendant. | Case No.<br>3:15-cv-00509<br>District Judge Trauger |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Liberty Insurance Underwriters, Inc. and Defendant Westchester Fire Insurance Company, through their respective undersigned counsel, jointly stipulate to dismissal, without prejudice, of the above-captioned cause of action.

Respectfully submitted this 13th day of April 2016.

Jointly Submitted:

| | |
|---|---|
| /s/ Sean C. Kirk | /s/ Fred C. Statum (by perm. SCK) |
| Sean C. Kirk (BPR No. 22878) | Fred C. Statum (BPR No. 14495) |
| Bone McAllester Norton, PLLC | Manier & Herod |
| 511 Union Street, Suite 1600 | One Nashville Place, Suite 2200 |
| Nashville, TN 37219 | 150 Fourth Ave. North |
| Phone: 615-238-6307 | Nashville, TN 37219 |
| skirk@bonelaw.com | Phone: 615-244-0030 |
| | |
| - and - | - and - |
| | |
| Karen B. Bragman | Stephen Errol Whitehead |
| Rebecca I. Lunceford | Jennifer W. Wall |
| Admitted *Pro Hac Vice* | Admitted *Pro Hac Vice* |

| | |
|---|---|
| Arnall Golden Gregory LLP | Lloyd, Gray, Whitehead & Monroe P.C. |
| 171 17th St, NW, Suite 2100 | 2501 20th Place South, Suite 300 |
| Atlanta, GA 30363 | Birmingham, AL 35223 |
| Phone: 404-873-8106 | Phone: 205-967-8822 |
| karen.bragman@agg.com | steve@lgwmlaw.com |
| rebecca.lunceford@agg.com | jwall@lgwmlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via CM/ECF upon all parties in this action this 13th day of April.

/s/ Sean C. Kirk<br>
Sean C. Kirk